UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FOLSOM GRAHAM,
Plaintiff,
v.
NISSAN NORTH AMERICA INC.; and DOES 1 through 10, inclusive,
Defendants.

CASE NO. 2:25-CV-07836-SSC

JUDGMENT

Pursuant to the Order of Dismissal filed concurrently herewith, **IT IS ADJUDGED** that:

1. The entire action, including all claims and counterclaims stated herein against all parties, is dismissed with prejudice; and
2. The Clerk of Court is directed to close this case.

DATED: September 9, 2026

HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE